UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re Sealed Matter          CASE NO. 17-MJ-248 (SALM)

November 2, 2020

MOTION TO CONTINUE TO SEAL

The United States respectfully requests that the captioned matter, which was originally ordered sealed until further order of the Court, remain under seal indefinitely. This matter was originally sealed, and should remain sealed, because it pertained to a then-ongoing and nonpublic investigation into possible criminal activity. The investigative activity at issue in this sealed matter--which included a court-authorized wiretap--did not ultimately result in criminal charges. Public disclosure of this sealed matter could therefore adversely impact the public reputation of one or more persons at issue in the sealed documents, by suggesting that they had engaged in criminal conduct, where no charges were later filed. These interests outweigh any countervailing interests in public access to this matter, and sealing is narrowly tailored to achieve those interests.

The United States respectfully also requests that the present motion be filed and maintained under seal, because unsealing it would likewise disclose that the docket in question

relates to matters that have been properly sealed.

                Respectfully submitted,

                JOHN H. DURHAM
                UNITED STATES ATTORNEY

                /s/
                PATRICK F. CARUSO
                ASSISTANT UNITED STATES ATTORNEY
                United States Attorney's Office
                157 Church Street, 25th Floor
                New Haven, CT 06510
                Federal Bar No. CT17984
                patrick.caruso@usdoj.gov
                203-821-3700
                Fax: 203-773-5376